## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Criminal No.: 9:05-cr-00928 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John H. Kang, | ) | |
| John P. Sessions, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on defendants' motion to dismiss the forfeiture allegations. Because the court granted defendants' motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29, defendants' motion to dismiss the forfeiture allegations in the Second Superseding Indictment is **DENIED** as moot.

**AND IT IS SO ORDERED**.

DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE

**May 27, 2010**
**Charleston, South Carolina**

1